

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00162-CV

**PEREGRINE PIPELINE COMPANY, LP,**

Appellant

v.

**EAGLE FORD LAND PARTNERS, LP,**

Appellee

**From the County Court at Law No. 2
Johnson County, Texas
Trial Court No. E-2007-00046**

## O R D E R

Appellee's motion for leave to file a letter brief is granted. The letter brief is filed as of the date it was received.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed October 15, 2015

